## DEWEY v. REYNOLDS METALS CO.

No. 835.   Argued April 20–21, 1971—Decided June 1, 1971

*Donald F. Oosterhouse* argued the cause and filed a brief for petitioner.

*William A. Coughlin, Jr.,* argued the cause for respondent.   With him on the brief was *Fred R. Edney.*

*Deputy Solicitor General Wallace* argued the cause for the United States as *amicus curiae* urging reversal. With him on the brief were *Solicitor General Griswold, Assistant Attorney General Leonard, David L. Rose, Stanley P. Hebert, Julia P. Cooper,* and *George H. Darden.*

Briefs of *amici curiae* urging reversal were filed by *Nathan Lewin, Samuel Rabinove,* and *Sol Rabkin* for the National Jewish Commission on Law and Public Affairs et al., and by *Paul S. Berger, Joseph B. Robison,* and *Beverly Coleman* for the American Jewish Congress.

*Milton A. Smith* and *Jay S. Siegel* filed a brief for the Chamber of Commerce of the United States as *amicus curiae* urging affirmance.

PER CURIAM.

The judgment is affirmed by an equally divided Court.

MR. JUSTICE HARLAN took no part in the consideration or decision of this case.